# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | *AMENDED* Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |

DEANDREW CORTEZ DAVIS

Case No.    2:03CR230-MEF-01
USM No.    11309-002

_____Jeffery C. Duffey_____
Defendant's Attorney

**THE DEFENDANT:**

X   Defendant pled Nolo Contendere to violations   __1,2,3 & 4__   of the term of supervision.

☐   was found in violation of condition(s) count(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations: Nolo Contendere

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Defendant committed another federal, state or local crime | 4/29/2009 |
| 2. | Defendant possessed a firearm and ammunition | 5/4/2009 |
| 3. | Defendant possessed controlled substances | 5/4/2009 |
| 4. | Defendant committed another federal, state or local crime | 5/4/2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   __1726__

Defendant's Year of Birth:   __1982__

City and State of Defendant's Residence:
    Montgomery, Alabama

September 24, 2009
Date of Imposition of Judgment

_____(signature)_____
Signature of Judge

__MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE__
Name and Title of Judge

29 SEPTEMBER 2009
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:        DEANDREW CORTEZ DAVIS
CASE NUMBER:      2:03CR230-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
Fifty four (54) months. This term shall be served consecutively to any other sentence that may be imposed as a result of the defendant's criminal conduct. * This sentence is imposed to reflect the violent nature of defendant's revocation conduct; blatant display of contempt for the Court's orders; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct; to provide defendant with the needed educational or vocational training; and, most importantly, to protect the public from further crimes of the defendant.

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL